IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

UNITED STATES OF AMERICA

V.                                                                                         Case No. 7:21-CR-01772-15

JERONIMO MORIN,
DEFENDANT

### DEFENDANT'S UNOPPOSED MOTION FOR LEAVE
### TO FILE UNOPPOSED MOTION FOR CONTINUNACE

TO THE HONORABLE RANDY CRANE:

NOW COMES, JERONIMO MORIN Defendant herein, and brings this Defendant's Unopposed Motion for Leave to File Unopposed Motion for Continuance, and in support hereof, shows the court the following:

The deadline to file Unopposed Motion for Continuance on this case has passed.

Counsel, John Adam Pope IV, conferred with Patricia Cook Profit, Assistant United States Attorney via telephone on March 1, 2023, and AUSA is unopposed to this Motion for Leave to File Unopposed Motion for Continuance.

WHEREFORE, PREMISES CONSIDERED, Defendant, JERONIMO MORIN, Defendant herein, requests this Court to grant this Defendant's Unopposed Motion for Leave to File Unopposed Motion for Continuance and for such other and further relief that may be awarded at law or in equity.

Respectfully Submitted,

POPE & PENA, P.C.
200 N. Britton Ave.
Rio Grande City, Texas 78582
Ph (956) 266-7858
Fax (888) 293-6715
Email: info@popepena.com

By: _____
John Adam Pope, IV
Attorney-at-Law
Email: j.pope@popepena.com
Federal ID No.: 2573155
Texas Bar No.: 24092978
Counsel for Defendant

## CERTIFICATE OF SERVICE

I, John Adam Pope, IV hereby certify that on this the 1ST day of March 2023, a true and correct copy of the foregoing Defendant's Unopposed Motion for Leave to File Motion for Continuance was forwarded through the electronic e-filing system to Patricia Cook Profit, Assistant United States Attorney:

_____
John Adam Pope, IV

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for the Defendant has conferred with Patricia Cook Profit, Assistant United States Attorney assigned to this case on March 1, 2023, to obtain the above requested relief, and Assistant U.S. Attorney is unopposed.

_____
John Adam Pope, IV